FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ JAN 13 2014 ★

LONG ISLAND OFFICE

JMM:ALB:KCL
F#: 2009R01634

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | FINAL ORDER OF FORFEITURE |
| - against - | Criminal Docket No.09-653 |
| MICHAEL MCGOWAN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 20, 2011, the defendant, MICHAEL MCGOWAN, entered a plea of guilty to violations of 18 U.S.C § 2251(a) and (d); the offenses charged in Counts One, Two and Four of the above-captioned indictment;

WHEREAS, on October 3, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure finding that one silver Belkin Hi-speed USB 2.0 External Drive Enclosure Kit, Part #F5U209, seized from the defendant (the "Seized Property"), pursuant to 18 U.S.C § 2253, constitutes (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B or 2260, and any book, magazine, periodical, film, videotape, or other matter produced, transported, mailed, shipped and received in violation of the offenses charged; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offenses; and/or (c) any property, real and personal, used or intended to be used to commit or to promote the commission of said offenses or property traceable to such property, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p).

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on October 19, 2011, and ending on November 17, 2011; and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C § 2253, and the Preliminary Order of Forfeiture, all right, title, and interest in the Seized Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Immigration and Customs Enforcement or their duly authorized agents and contractors be, and hereby are, directed to dispose of the Seized Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five (5) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11722, Attn: Paralegal Kristen Lake.

Dated:   Central Islip, New York
         January 13, 2014

                                         s/ Sandra J. Feuerstein
                                         _____
                                         HONORABLE SANDRA J. FEUERSTEIN
                                         UNITED STATES DISTRICT JUDGE